The People of the State of Illinois, defendant in error, v. Dan Petrizzo, plaintiff in error. Gen. No. 31,146.

The People of the State of Illinois, defendant in error, v. Mike Beongomano, plaintiff in error. Gen. No. 31,147.

The People of the State of Illinois, defendant in error, v. Dan Gentle, plaintiff in error. Gen. No. 31,148.

Conviction and sentence for violating the Prohibition Law. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge,

presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Charles S. Wharton, for plaintiffs in error; Joseph R. Roach, of counsel. Robert E. Crowe, State's Attorney, for defendants in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.